%AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

| SOUTHERN | DISTRICT OF | NEW YORK |

**APPEARANCE**

United States of America

v.

Bernard L. Madoff

Case Number: 09 Cr. 213 (DC)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

The United States of America with regard to the Forfeiture matters and for Notice purposes.

I certify that I am admitted to practice in this court.

March 12, 2009
Date

*/s/ Ward*
Signature

Barbara A. Ward
Print Name                                        Bar Number

One Saint Andrews Plaza
Address

New York, NY  10007
City                    State              Zip Code

(212) 637-1048                      (212) 637-0421
Phone Number                              Fax Number