```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/12/09
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x
                                    :
UNITED STATES OF AMERICA
                                    :        **ORDER**
        - against -
                                    :        09 Crim. 213 (DC)
BERNARD L. MADOFF,
                                    :
                Defendant.
                                    :
- - - - - - - - - - - - - - - - - -x

**CHIN, District Judge**

       For the reasons stated on the record today, defendant's bail is revoked and he is remanded. Likewise, as stated on the record, his request for a stay of remand pending appeal is also denied.

       SO ORDERED.

Dated:   New York, New York
         March 12, 2009

                                    DENNY CHIN
                                    United States District Judge