## EPSTEIN BECKER & GREEN, P.C.

ATTORNEYS AT LAW

ONE GATEWAY CENTER

NEWARK, NEW JERSEY 07102-5311

973.642.1900

FAX: 973.642.0099

EBGLAW.COM

DANIEL R. LEVY
TEL: 973 639.8292
DLEVY@EBGLAW.COM

May 26, 2011

**BY FACSIMILE (212) 805-7906**
**AND REGULAR MAIL**

Honorable Denny Chin
Unites States Circuit Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1020
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-26-11

Re:   **United States v. Bernard L. Madoff**
      **No. 09 Cr. 213 (DC)**

Dear Judge Chin:

I write on behalf of both parties to advise the Court that counsel have agreed to a revised briefing schedule regarding the Government's motion to dismiss the petition for attorney's fees filed by Epstein, Becker & Green, P.C. Claimant is to respond on or before June 3, 2011. Government is to reply on or before July 1, 2011  We trust these dates are acceptable to Your Honor.

Approved.
SO ORDERED.

Respectfully submitted,

Daniel R. Levy

USCJ
5/26/11

cc: Matthew L. Schwartz, A.U.S.A.

ATLANTA • BOSTON • CHICAGO • HOUSTON • LOS ANGELES
NEWARK • NEW YORK • SAN FRANCISCO • STAMFORD • WASHINGTON, DC

EPSTEIN BECKER GREEN WICKLIFF & HALL, P.C. IN TEXAS ONLY.

FIRM:16059601v1