UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
UNITED STATES OF AMERICA,   :   SEVENTH FINAL ORDER OF
                                            :   FORFEITURE AS TO CERTAIN
                                            :   SPECIFIC PROPERTIES
            -v.-   :
                                            :   09 Cr. 213 (DC)
BERNARD L. MADOFF,   :
                                            :
         Defendant.   :
------------------------------------------------------x

## BACKGROUND
### The Criminal Proceedings

WHEREAS, on or about June 26, 2009, the Court entered a Preliminary Order of Forfeiture (Final as to the Defendant) (the "Preliminary Order") as to BERNARD L. MADOFF, the defendant ("MADOFF" or the "defendant"), which is incorporated herein by reference as if set out in full;

WHEREAS, on June 29, 2009, the Court sentenced the defendant to, *inter alia,* 150 years' imprisonment and criminal forfeiture in accordance with the terms of the Preliminary Order;

WHEREAS, in the Preliminary Order, the Court imposed an aggregate money judgment upon the defendant in the amount of $170.799 billion ($170 billion as to the First Forfeiture Allegation and $799 million as to the Second Forfeiture Allegation), and ordered the defendant to forfeit all of his right, title and interest in any and all property and other interests belonging to, owed to or controlled in whole or in part by the defendant, and all property traceable to such property, including, but not limited to, all right, title and interest of the defendant in the property listed in Exhibit A attached hereto (the "Specific Property").

### The Stipulation and Order as to Ruth Madoff

WHEREAS, on June 26, 2009, the Court endorsed a Stipulation and Order between the United States Attorney's Office for the Southern District of New York and the defendant's wife, Ruth Madoff, the terms of which included Ruth Madoff's consent to the forfeiture and relinquishment of all claims to the Specific Property.

### The Ancillary Proceedings as to the Subject Property

WHEREAS, the provisions of 21 U.S.C. § 853(n) and Rule 32.2(b) of the Federal Rules of Criminal Procedure require publication and notice to third parties known to have alleged an interest in forfeited property and the disposition of any petitions filed under Section 853(n) before the United States may have clear title to such property;

WHEREAS, the Preliminary Order directed the United States to publish and provide notice to third parties known to have alleged an interest in the forfeited property, including the Specific Property, pursuant to 21 U.S.C. § 853(n)(l), 18 U.S.C. § 982(b)(l), and Fed. R. Crim. P. 32.2(b);

WHEREAS, a first notice of the Preliminary Order and the intent of the United States to dispose of certain Specific Property was published on www.forfeiture.gov, the official United States government internet site, beginning on January 23, 2010 and for thirty consecutive days thereafter, pursuant to Rule G(4)(a)(iv)(c) of the Supplemental Rules for Admiralty and Maritime Claims and Asset Forfeiture Actions, and proof of publication was filed on April 22, 2010 (D.E. 125);

WHEREAS, a second notice of the Preliminary Order and the intent of the United

States to dispose of certain Specific Property was published on www.forfeiture.gov, the official United States government internet site, beginning on October 22, 2010 and for thirty consecutive days thereafter, pursuant to Rule G(4)(a)(iv)(c) of the Supplemental Rules for Admiralty and Maritime Claims and Asset Forfeiture Actions, and proof of publication was filed on September 16, 2011 (D.E. 146);

WHEREAS, a third notice of the Preliminary Order and the intent of the United States to dispose of the Specific Property was published on www.forfeiture.gov, the official United States government internet site, beginning on December 12, 2015 and for thirty consecutive days thereafter, pursuant to Rule G(4)(a)(iv)(c) of the Supplemental Rules for Admiralty and Maritime Claims and Asset Forfeiture Actions, and proof of publication was filed on February 15, 2016 (D.E. 169);

WHEREAS, a fourth notice of the Preliminary Order and the intent of the United States to dispose of the Specific Property was published on www.forfeiture.gov, the official United States government internet site, beginning on November 16, 2017 and for thirty consecutive days thereafter, pursuant to Rule G(4)(a)(iv)(c) of the Supplemental Rules for Admiralty and Maritime Claims and Asset Forfeiture Actions, and proof of publication was filed on February 7, 2018 (D.E. 187);

WHEREAS, 21 U.S.C. § 853(n)(7) provides that, following the disposition of all petitions, the United States shall have clear title to the forfeited property;

WHEREAS, no claims or answers have been filed or made as to the Specific Property in this action, no other parties have appeared to contest the action to date, and the requisite time periods have expired; and

3

WHEREAS, the Government is therefore entitled to entry of an Order forfeiting to the United States of America all right, title and interest in the Specific Property;

NOW, THEREFORE, IT IS ORDERED, ADJUDGED, AND DECREED THAT:

1. All right, title and interest in the Specific Property is hereby forfeited to the United States of America for disposition according to law.

2. Pursuant to 21 U.S.C. § 853(n)(7), the United States shall and is hereby deemed to have clear title to the Specific Property.

3. The United States Marshal Service shall take possession of the Specific Property and dispose of the Specific Property in accordance with 21 U.S.C. § 853(n).

4. The net proceeds from the sale of the Specific Property shall be applied to the Money Judgment imposed upon the defendant, in partial satisfaction thereof.

5. Nothing in this Seventh Final Order of Forfeiture as to Certain Specific Properties shall affect any property subject to the Preliminary Order of Forfeiture other than the Specific Property, or any petition asserting an interest in any such property.

6. The Court retains jurisdiction to take additional action, enter further orders, and amend this and any future orders as necessary to implement and enforce this Seventh Final Order of Forfeiture as to Certain Specific Properties.

[SPACE INTENTIONALLY LEFT BLANK]

7. The Clerk of the Court shall forward three certified copies of this Seventh Final Order of Forfeiture as to Certain Specific Properties to Assistant United States Attorney Alexander Wilson, Chief of the Money Laundering & Asset Forfeiture Unit, One St. Andrew's Plaza, New York, New York, 10007.

Dated: New York, New York
       February _____, 2018

                                                SO ORDERED:

                                                _____
                                                HONORABLE DENNY CHIN
                                                UNITED STATES CIRCUIT JUDGE
                                                SITTING BY DESIGNATION

Exhibit A

First Notice

1. Any and all interest in COHMAD Securities Corporation, 885 Third Avenue, New York, New York, 10022, held in the name of Bernard Madoff, and all property traceable thereto (09-FBI-002625)
2. Sterling Equity Partners; (09-FBI-002981)
3. Sterling American Property III LP; (09-FBI-002986)
4. Sterling American Property IV LP (09-FBI-002987)
5. Sterling American Property V LP (09-FBI-002989)
6. Sterling Acquisitions LLC (09-FBI-002991)
7. Realty Associates Madoff II (09-FBI-003093)
8. Hoboken Radiology LLC (09-FBI-003097)
9. Delivery Concepts LLC (09-FBI-003099)
10. PJ Clarkes on the Hudson LLC (09-FBI-003117)
11. FINARF Germantown LLC (09-FBI-003119)
12. Delta Ventures (Israel) and/or Delta Fund 1 LP (09-FBI-003123)
13. Viager II LLC (09-FBI-003124)
14. 4th and Forty LLC (09-FBI-003198)
15. Duhl & Mayer et al (09-FBI-003200)
16. Laguardia Corporate Center Association LLC (09-FBI-003216)
17. W.D.I. LLC (09-FBI-003217)
18. Madoff La Brea LLC (09-FBI-003219)
19. DWD Associates LLC (09-FBI-005117)
20. EZ Petshop.com, Inc. d/b/a PetCareRX, Inc. (09-FBI-005118)
21. Bank Madoff (09-FBI-005119)

Second Notice

22. Any and all Social Security payments made to Bernard L. Madoff. (09-FBI-005114)
23. Contents of any and all accounts at Lehman Brothers or its successors held by Bernard Madoff and/or Ruth Madoff, and any accounts to which such contents have been transferred, and all property traceable thereto, including Premier Client Account No. 831-04398 at Barclays Capital Inc., formerly known as Lehman Brothers. (09-FBI-005137)
24. Any and all ownership interest held in the name of Ruth Madoff and/or Bernard Madoff in the assets of any and all corporations, partnerships or other entities, and/or their subsidiaries, affiliates and joint ventures, including, but not limited to, Magnetic Services, Inc.; NJ MRI Imaging; New Jersey MR Imaging, L.P.; and New Jersey MRI LP. (10-FBI-001050)

Third Notice

25. A March 1, 2004, unsecured promissory note for $6,000,000.00, executed by Mark Madoff in favor of Bernard L. Madoff, due May 31, 2010 (09-FBI-002642)
26. A December 31, 2005 unsecured promissory note for $5,000,000.00, dated December 31, 2001, executed by Mark Madoff in favor of Bernard L. Madoff, due December 31, 2010 (09-FBI-002647)
27. All funds on Deposit in account # 000902981147 at Bank of America in the name of YACHT BULL CORP. Acct# 000902981147 (09-FBI-002675)
28. Any and all ownership interest held in the name of Ruth Madoff and/or Bernard Madoff in the following entities, and/or their subsidiaries, affiliates and joint ventures- Bacar LP (09-FBI-003196)
29. Travelers Life & Annuity life insurance policy # 3596139, Bernard Madoff, Insured (cash surrender value approximately $50,000 Acct# 3596139 (09-FBI-004783) which was seized from Bernard Lawrence Madoff on July 29, 2009 at 410 North Lake Way, located in Palm Beach, FL
30. Travelers Life & Annuity Life insurance policy # 3732336, Bernard Madoff Insured Acct# 3732336 (09-FBI-004786) which was seized from Bernard Lawrence Madoff on July 29, 2009 at 410 North Lake Way, located in Palm Beach, FL
31. Phoenix Life Insurance Company Policy # 1,778,899, Bernard Madoff insured Acct# 1,778,899 (09-FBI-004787) which was seized from Bernard Lawrence Madoff on July 29, 2009 at 410 North Lake Way, located in Palm Beach, FL
32. Safe deposit box located in West Palm Beach, Florida at Wachovia Bank in name of Bernard L. Madoff and Ruth Madoff Acct# Unknown (09-FBI-004791)
33. Dividends located at Phoenix Life Insurance held in name of Bernard L. Madoff Acct# Unknown (09-FBI-004826)
34. Stocks held at Phoenix Life Insurance held in name of Bernard L. Madoff Acct# Unknown (09-FBI-004827)
35. Any and all ownership interest held ino Ruth Madoff/Bernard Madoff in the assets of any and all corporations, patnerships or other entities, and/or the subsidiaries, affiliates joint ventures, including, but not limited to,: Sterling/Carl Marks Capital (09-FBI-005115)
36. Any and all ownership interest held ino Ruth Madoff/Bernard Madoff in the assets of any and all corporations, patnerships or other entities, and/or the subsidiaries, affiliates and joint ventures, including, but not limited to, the following: EB et al (09-FBI-005116)
37. Any and all interest in any and all accounts at financial institutions held in Bernard Madoff/Ruth Madoff, and all property traceable thereto, including, but not limited to, any and all accounts held at: Bear Stearns and/or the successor(s) thereto (09-FBI-005139)
38. Various pieces of jewlery see items listing (14-FBI-005995), including the following items: 1 Ladies 18k white gold "Sabbadini Milano" 12 row individually set 4 prong diamond tennis bracelet, co; 1 14k yellow gold "Tiffany & Co." paper clip money clip; 1 18k Yellow gold and platinum late 19th century antique diamond and emerald necklace contianing 22mm; 1 Frederic Boucheron antique late 19th century (1880)

silver and 18k yellow gold ivy leaf diamond broo; 1 Patek Philippe 18k rose gold (pink face) watch ref # 130, circa 1940 unsigned (brown leather band is; 1 Patek Philippe 18k rose gold (brown face) watch ref # 130 circa 1940 unsigned (brown leather band is which was seized from Rosenberg Esq., Seth L. on July 30, 2014 at c/o Bernard Lawrence Madoff, 305 Madison Avenue, Suite 1301, located in New York, NY

### 39. Fourth Notice

40. Investment income or dividends paid to Bernard L. Madoff and/or Ruth Madoff; (09-FBI-005113)