UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA  :

        - against -        :           **ORDER**

BERNARD MADOFF,        :           09 Cr. 213 (DC)

             Defendant.   :

- - - - - - - - - - - - - - - - - - - - - - - -x

**CHIN, Circuit Judge**:

        The Court received a check for $4,156.63 payable to the United States District Court for the Southern District pursuant to an order to transfer funds entered May 4, 2018 by the United States District Court for the District of New Jersey.  The transfer order states that the check shall be held in an interest-bearing account pending further order of the Court in the matter of *United States v. Bernard Madoff*, No. 09 Cr. 213 (DC).

        It is hereby ORDERED that the Clerk of Court shall deposit the check in the Court Registry Investment Fund.  Thereafter, the Clerk shall issue a new check for these funds made payable to the United States Marshals Service and deliver it to Niketh V. Velamoor, United States Attorney Office for the Southern District of New York, One Saint Andrew's Plaza, New York, New York 10007.

        SO ORDERED.

Dated:     New York, New York
            May 23, 2018

                                 DENNY CHIN
                                 United States Circuit Judge
                                 Sitting by Designation