Brandon Sample
Brandon Sample PLC
P.O. BOX 250
Rutland, VT 05702
Tel: 802-444-4357
E-mail: brandon@brandonsample.com
https://compassionaterelease.com
Vt Bar # 5573

*Attorney for Bernard L. Madoff*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| UNITES STATES OF AMERICA, | : | |
| Plaintiff, | : | NOTICE OF APPEARANCE |
| | : | |
| - v - | : | |
| | : | |
| BERNARD L. MADOFF, | : | No.: 1:09-cr-00213-DC-1 |
| Defendant. | : | |
| | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

     The Clerk will please enter the appearance of Mr. Brandon Sample as counsel of record for Bernard L. Madoff.

                              Respectfully submitted,

                    By:    /s/Brandon Sample
                              Brandon Sample

## CERTIFICATE OF SERVICE

    I certify that a true and correct copy of the foregoing was served this 5th day of February, 2020, via CM/ECF on all counsel of record.

/s/Brandon Sample
Brandon Sample
