Exhibit C

| Name: | Madoff, Bernard | Date of Birth: | ▬▬▬ | Care Level: | 4 |
|---|---|---|---|---|---|
| Register Number: | 61727-054 | Age: | 81 | MH Care Level: | 1 |

| RIS criteria requested under consideration: | Terminal Medical Condition |
|---|---|

| MEDICAL CONDITION | |
|---|---|
| **PRIMARY DIAGNOSIS** | End stage renal disease |

*Provide diagnostic basis (test results, consultations, and referral reports/opinions):*

Followed by nephrologist for chronic kidney disease (CKD). GFR 50 (normal > 60) on 5/25/11: CKD stage 4. GFR down to 13 on 4/10/13. GFR 9 on 4/3/18), 5 on 6/18/19: end stage renal disease (ESRD). Complained of fatigue, needing help to make his bed at chronic care clinic on 6/26/19. Refused dialysis for ESRD 6/26/19. Admitted to Comfort Care Unit for palliative care for ESRD on 7/18/19. Repeat GFR 4 (8/30/19).

| **CO-MORBID DIAGNOSES** | Hyperparathyroidism, hyperlipidemia, cardiovascular disease, HTN, GERD, bladder neck obstruction, insomnia, pruritus, low back pain. |
|---|---|

*Provide diagnostic basis (test results, consultations, and referral reports/opinions):*

Parathyroid hormone 349.2 (normal range 15-65): secondary to CKD, treated with calcitonin. Non-ST elevation myocardial infarction diagnosed December 2013. Cardiac cath 12/20/13 showed 99% ulcerated plaque mid-left circumflex treated with bare metal stent. EF 40-45% per echo. High blood pressure: likely contributes to renal failure per nephrologist. Back pain: no NSAIDS due to CKD. Complained of generalized itching September 2019, likely symptom of ESRD, treated symptomatically.

**SIGNIFICANT MEDICAL CONDITION(S)** *(permanent, progressive, and ordinarily related to diseases associated with aging)* that substantially diminish the ability to function in a correctional facility:

☐ Not applicable  
☑ Atherosclerotic cardiovascular disease  
☐ Obstructive and restrictive lung diseases  
☐ Dementias such as Alzheimer, Lewy body dementia (LBD), and frontotemporal dementia  
☐ Complications of infectious diseases such as HIV dementia or progressive multifocal leukencephalopathy  
☐ Degenerative neurological diseases (ALS, Parkinson, and Huntington disease, and certain forms of multiple sclerosis)  
☐ Severe chronic pain that persists despite optimal medical management  
☐ Chronic liver failure with recurring ascites or encephalopathy (with no possibility of transplantation)  
☐ Chronic renal failure stage 4 or 5 (with no possibility of transplantation)  
☐ Rheumatologic conditions that have progressed to deformity, (rheumatoid arthritis, gout, and ankylosing spondylitis)  
☐ Diabetes mellitus (Type 1 or 2), with established retinopathy, nephropathy, or peripheral neuropathy  
☐ Severe musculoskeletal degeneration, such as end-stage osteoarthritis.  
☐ Other:

*For indicated condition(s), please provide relevant diagnostic background/basis of diagnosis (test results, consultations, and referral reports/opinions):*

Non-ST elevation myocardial infarction diagnosed December 2013. Cardiac cath 12/20/13 showed 99% ulcerated plaque mid-left circumflex treated with bare metal stent. EF 40-45% per echo (normal EF 55-70%).

### ASSISTIVE DEVICES/EQUIPMENT

- ( ) No Assistive Devices Issued
- (•) Issued the following Assistive Devices: 4-wheel walker, Back brace

### INSTRUMENTAL ACTIVITIES OF DAILY LIVING (IADL) / PHYSICAL SELF-MAINTENANCE SCALE (PSMS):

| | | |
|---|---|---|
| [✓] IADL Assessment dated 09/27/2019 | Total score: | 8 |
| [✓] PSMS Assessment dated 09/27/2019 | Total score: | 4 |

### LIFE EXPECTANCY / TERMINAL MEDICAL CONDITION:

- (•) The inmate HAS BEEN diagnosed with a terminal medical condition. Life expectancy is < 18 months.
- ( ) The inmate HAS NOT BEEN diagnosed with a terminal medical condition. The United States Life Tables indicate that the life expectancy for someone with the inmate's demographics is [ ] years

If diagnosed with a terminal medical condition, how was life expectancy determined?
*(Cite Consultant/Specialist documentation or Medical Literature)*

Through consultation, review of labs, and medical follow up.

### MEDICAL SUMMARY NARRATIVE: *(If not noted above, address test results, consultations, and referral reports/opinions)*:

Bernard Madoff is 81 years old. He has chronic kidney failure that has progressed to end stage renal disease. His most recent glomerular filtration rate (GFR) was 4 on 8/30/19 (a normal GFR is 60). At this level of renal failure, the kidneys can no longer filter body waste. He has refused dialysis. His renal disease also causes secondary hyperparathyroidism, anemia in chronic kidney disease, and is likely the cause of the his worsening, widespread itching. Untreated end stage renal disease eventually causes death from buildup of unfiltered body wastes and fluid.

### REDUCTION IN SENTENCE MEDICAL CRITERIA ELIGBILITY DETERMINATION:

The attending physician has reviewed the inmate's health record and determined that:

- [ ] the inmate's medical condition DOES NOT meet the medical criteria for: Terminal Medical Condition
- [✓] the inmate HAS been diagnosed with a terminal, incurable disease and whose life expectancy is < 18 months.
- [ ] the inmate HAS been diagnosed with one or more incurable, progressive illness(es) and/or has suffered a debilitating injury from which they will not recover.
- [ ] the inmate IS suffering from chronic or serious medical condition(s) related to the aging process for which conventional treatment promises no substantial improvement to his/her mental or physical condition, and that the deteriorating physical or cognitive limitations substantially diminishes his/her ability to function in a correctional facility.

| RIS CASE REVIEW COMPLETED BY: | SUMMARY REVIEWED AND SUBMITTED BY: |
|---|---|
| Prepared by: *Margaret Hale, PA-C* (signature) | Attending Physician's Signature: *Ezomo, MD* / FCC Butner, NC |
| Printed Name: Margaret Hale, PA-C | Printed Name: |
| | DATE: 09/30/2019 |