# EXHIBIT D

(To Be Submitted Under Seal)