

Via ECF

February 5, 2020

The Honorable Denny Chin
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007-1312

RE:   *United States v. Bernard L. Madoff*, No. 1:09-cr-00213-DC-1 (S.D.N.Y.)

Dear Judge Chin:

My client, Mr. Bernard L. Madoff ("Madoff"), has moved for compassionate release based on terminal kidney disease, among other serious medical conditions. *See* (ECF 212). The Bureau of Prisons concluded in September 2019 that Madoff has less than 18 months to live because of the terminal nature of his kidney failure.

Madoff's motion for compassionate release is supported by several exhibits including Madoff's detailed medical records which represent Exhibit D. In light of the detailed nature of these records, Madoff respectfully seeks leave to file Exhibit D under seal.

On February 4, 2020, I conferred with AUSA Drew Skinner about the sealing of Exhibit D, and was advised that the United States is unopposed. However, the Government also advised that it reserves the right to move to unseal these records should it determine, after reviewing the records, that public disclosure is necessary.

Thank you for your consideration of this request to submit Exhibit D under seal.

                                        Respectfully submitted,

                                        *[signature]*

                                        Brandon Sample

cc:     Mr. Drew Skinner, *via* CM/ECF
        Mr. Bernard Madoff, *via* U.S. Mail

Brandon Sample PLC            brandonsample.com            Tel: (802) 444-4357
P.O. Box 250                  clemency.com                 Fax: (802) 779-9590
Rutland, VT 05702             sentencing.net               info@brandonsample.com