**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 6, 2020

**BY ECF**
The Honorable Denny Chin
United States Circuit Judge
United States Court of Appeals for the Second Circuit
40 Foley Square
New York, New York 10007

    Re:    *United States v. Bernard L. Madoff,* 09 Cr. 213 (DC)

Dear Judge Chin:

    The Government writes in connection with the motion of Bernard L. Madoff, the defendant in the above-captioned case, for a sentence reduction pursuant to 18 U.S.C. § 3582, as amended by the First Step Act. The Government proposes to respond to the motion by March 4, 2020, with any reply by Madoff due by March 11, 2020. Counsel for Madoff agrees with the proposed schedule.

    Additionally, the Government proposes to provide notice to Madoff's victims of his motion in the form of the attached Exhibit A, to be posted on the website of the U.S. Attorney's Office and distributed to Madoff's victims through coordination with the Special Master to the Department of Justice's Madoff Victim Fund. If it is amenable to the Court, the Government proposes that February 28, 2020 be established as a deadline by which comments from victims should be received by the U.S. Attorney's Office. The Government will produce any comments it receives from victims to the Court and counsel for the defendant on a rolling basis.

    Respectfully submitted,

    Geoffrey S. Berman
    United States Attorney

By:    /s/
    Drew Skinner
    Assistant United States Attorney
    Southern District of New York
    (212) 637-1587

Attachment:    Exhibit A
cc:    Brandon Sample, Esq. (counsel for Madoff)