AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| United States of America | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:09-cr-00213-DC |
| Bernard L. Madoff | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Securities Investor Protection Corporation.

Date: 02/24/2000

Kenneth J. Caputo, General Counsel
*Attorney's signature*

Kenneth J. Caputo - KJC-4284
*Printed name and bar number*

Securities Investor Protection Corporation
1667 K Street, N.W., Suite 1000
Washington, DC 20006-1620

*Address*

kcaputo@sipc.org
*E-mail address*

(202) 371-8300
*Telephone number*

(202) 223-1679
*FAX number*