**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 24, 2020

**BY ECF**
The Honorable Denny Chin
United States Circuit Judge
United States Court of Appeals for the Second Circuit
40 Foley Square
New York, New York 10007

Re:     *United States v. Bernard L. Madoff,* **09 Cr. 213 (DC)**

Dear Judge Chin:

As the Court is aware, the Government has been receiving letters from victims in connection with the motion of Bernard L. Madoff, the defendant in the above-captioned case, for a sentence reduction pursuant to 18 U.S.C. § 3582. The deadline for victims to submit letters is this Friday, February 28, 2020. The Government intends, by March 3, 2020, to publicly file an exhibit containing all of the letters the Government has received, with personal identifying information (including last names with the exception of the first letter) redacted. This is similar to the approach used by the Court in *United States v. Bernard J. Ebbers*, No. S4 02 Cr. 144-3 (VEC), ECF No. 383 (S.D.N.Y. Jan. 7, 2020). The Government has spoken with counsel for the defendant, who agrees with this approach.

Respectfully submitted,

AUDREY STRAUSS
Attorney for the United States, Acting Under
Authority Conferred by 28 U.S.C. § 515

By:     _____/s/_____
Drew Skinner
Assistant United States Attorney
Southern District of New York
(212) 637-1587

cc:          Brandon Sample, Esq. (counsel for Madoff)