UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA           :

    - against -                               :           **ORDER**

BERNARD MADOFF,                         :           09 Cr. 213 (DC)

    Defendant.                               :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**CHIN, Circuit Judge:**

    On February 25, 2020, the Court received a letter from The Reporters Committee for Freedom of the Press (and other news organizations) requesting that victim letters and communications be made publicly available without redaction of the victims' last names. If the government or the defendant or any victim objects to this requested relief, they shall respond by 5 p.m. on March 6, 2020. The government shall post this order on its Victim & Witness Services website, and promptly request that the order also be posted on the Madoff Victim Fund website and the Madoff Trustee website.

    SO ORDERED.

Dated:    New York, New York
           February 28, 2020

                                                      DENNY CHIN
                                                      United States Circuit Judge
                                                      Sitting by Designation