

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 3, 2020

**BY ECF**
The Honorable Denny Chin
United States Circuit Judge
United States Court of Appeals for the Second Circuit
40 Foley Square
New York, New York 10007

    Re:    *United States v. Bernard L. Madoff*, 09 Cr. 213 (DC)

Dear Judge Chin:

    The Government writes in connection with the motion of Bernard L. Madoff, the defendant in the above-captioned case, for a sentence reduction pursuant to 18 U.S.C. § 3582. In light of the Court's Order dated February 28, 2020, the Government will deliver today by hand to the Court and provide to counsel for the defendant un-redacted victim correspondence to the Court received by the U.S. Attorney's Office through March 2, 2020, marked with control numbers SDNY_Letters_000001 to SDNY_Letters_000860 ("Exhibit A"). The Government intends to file publicly a version of Exhibit A, with personal contact and financial account and claim numbers redacted (and last names redacted, if any such redactions are deemed appropriate by the Court), promptly after the Court's resolution of any objections by victims to having their full names publicly filed. With respect to writers requesting confidential treatment, the Government directs the Court's attention to the letters marked with control numbers ending 189-190, 240, 216-223, and 843-848.

                                Respectfully submitted,

                                AUDREY STRAUSS
                              Attorney for the United States, Acting Under
                              Authority Conferred by 28 U.S.C. § 515

              By:      /s/
                     Drew Skinner
                     Assistant United States Attorney
                     Southern District of New York
                     (212) 637-1587

cc:    Brandon Sample, Esq. (counsel for Madoff) (attachment by e-mail)