# Exhibit A

```
                                                            1
     C6T8MAD1
 1   UNITED STATES DISTRICT COURT
 1   SOUTHERN DISTRICT OF NEW YORK
 2   ------------------------------x
 2
 3   UNITED STATES OF AMERICA,
 3
 4              v.                      S7 10 Cr. 228 (LTS)
 4
 5   PETER MADOFF,
 5
 6                  Defendant.
 6
 7   ------------------------------x
 7                                      June 29, 2012
 8                                      11:00 a.m.
 8
 9   Before:
 9
10                   HON. LAURA TAYLOR SWAIN
10
11                                      District Judge
11
12                       APPEARANCES
12
13   PREET BHARARA
13        United States Attorney for the
14        Southern District of New York
14   LISA A. BARONI
15   JULIAN J. MOORE
15   MATTHEW SCHWARTZ
16        Assistant United States Attorneys
16
17   LANKLER SIFFERT & WOHL LLP
17        Attorneys for Defendant
18   JOHN R. WING
18   CHARLES SPADA
19   JOANNE M. HARVEY
19
20
21   Also present:
22        AGENT PAUL TAKLA, FBI
22        AGENT PAUL ROBERTS, FBI
23        NICHOLE BROWN-MORIN, Pretrial Service
23        GARY SMITH, Paralegal, U.S. Attorney's Office
24
25
25
                  SOUTHERN DISTRICT REPORTERS, P.C.
                         (212) 805-0300
```

C6tQmadP2                    Plea
1    the form was required to be filed with the SEC and that it
2    would be available to customers.
3            I also conspired with others to falsify employment and
4    payroll records of BLMIS including false reports that were
5    filed with the Department of Labor to allow my wife to receive
6    compensation and benefits as a no-show employee.
7            Finally, as to the securities fraud and mail fraud
8    objects of the conspiracy, when I first learned of the Ponzi
9    scheme in December of 2008, I agreed to assist my brother who
10   was planning to pay out remaining customer funds to a limited
11   number of customers -- specifically, family, friends and
12   employees -- thereby depriving the remaining investors of the
13   opportunity to share in those funds.
14           On the night of December 9, 2008, my brother told me
15   that his investment advisory business was a Ponzi scheme, and
16   that only a small fraction of the customer funds remained.
17   Bernie told me that he had made an appointment with his lawyer,
18   Ike Sorkin, and was planning to turn himself in to authorities.
19   I was in total shock, unable to absorb the full import of the
20   words I was hearing.  Bernie told me that he was planning to
21   redeem the customer accounts by mailing redemption checks to
22   friends, family and employees, and he asked me to review a
23   marked-up customer list to identify any additional people who
24   should share in the limited remaining funds.
25           I was shocked and devastated, but nevertheless I did
                    SOUTHERN DISTRICT REPORTERS, P.C.
                           (212) 805-0300