# Exhibit J

Page 1

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------x
SECURITIES INVESTOR PROTECTION
CORPORATION,

           Plaintiff,            Adv.Pro.No.
    v.                           08-01789(SMB)
BERNARD L. MADOFF INVESTMENT
SECURITIES LLC,

           Defendant.

--------------------------------------x

In Re:

BERNARD L. MADOFF,

           Debtor.

--------------------------------------x

IRVING H. PICARD, Trustee for
the Substantively Consolidated    Adv.Pro.No.
SIPA Liquidation of Bernard L.    10-05421(SMB)
Madoff Investment Securities LLC
and Bernard L. Madoff,

           Plaintiff,
    v.
FRANK J. AVELLINO, et al.,
           Defendants.
--------------------------------------x

                 Deposition of:

               BERNARD L. MADOFF

              November 13, 2019


              BENDISH REPORTING
               877.404.2193

Page 2

```
 1              DEPOSITION OF BERNARD L. MADOFF, as
 2    reported by Nancy C. Bendish, Certified Court
 3    Reporter, RMR, CRR and Notary Public of the
 4    States of New York and New Jersey, at the BUTNER
 5    FEDERAL PRISON MEDICAL FACILITY, Old NC Highway
 6    75, Butner, North Carolina, on Wednesday,
 7    November 13, 2019, commencing at 9:40 a.m.
 8
 9    A P P E A R A N C E S:
10
          BAKER HOSTETLER, LLP
11        45 Rockefeller Plaza
          New York, New York  10111
12        BY:  MELISSA L. KOSACK, ESQ.
                  mkosack@bakerlaw.com
13             STACEY A. BELL, ESQ.
                  sbell@bakerlaw.com
14        For Plaintiff Irving Picard, Trustee
          for the Substantially Consolidated
15        SIPA Liquidation of BLMIS and the
          Estate of Bernard L. Madoff
16
17        HAILE SHAW & PFAFFENBERGER
          249 Royal Palm Way
18        Suite 301A
          Palm Beach, Florida  33480
19        BY:  GARY WOODFIELD, ESQ.
                  gwoodfield@haileshaw.com
20        For the Defendants
21
          PETER A. GOLDMAN, CPA, JD, LLM
22        12 Fairlawn Parkway
          Rye Brook, New York  10573
23             pagoldman45@gmail.com
          For the Witness, Bernard L. Madoff
24
25
```

```
 1   that Frank Avellino or Michael Bienes had
 2   knowledge of the wrongdoing?
 3              MS. KOSACK:  Objection.
 4       A.     No, because he would be putting
 5   his job in jeopardy if I knew he was handling
 6   those accounts.
 7       Q.     Now, of all your employees, was
 8   there anyone other than Frank DiPascali who knew
 9   when the fraud was ongoing?
10       A.     Not really.
11       Q.     Was there anyone else who was
12   involved in it?  Not knowingly involved.
13       A.     No.  Basically the other people in
14   the firm, as I made very clear, were basically
15   bookkeepers and were following the instructions
16   of either the client -- we had some clients like
17   the Big Four clients who would constantly call
18   and give them instructions as to what they
19   wanted to buy and sell for tax purposes and so
20   on.  But basically, no.
21       Q.     Were the transactions that you did
22   for the Big Four, were they improper?
23       A.     No.  There were transactions that
24   occurred between the Big Four and myself that
25   happened in the '90s where the -- they wanted to
```