**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

March 9, 2020

**BY ECF**

The Honorable Denny Chin
United States Circuit Judge
United States Court of Appeals for the Second Circuit
40 Foley Square
New York, New York 10007

Re: *United States v. Bernard L. Madoff*, 09 Cr. 213 (DC)

Dear Judge Chin:

The Government writes in connection with the motion of Bernard L. Madoff, the defendant in the above-captioned case, for a sentence reduction pursuant to 18 U.S.C. § 3582. Pursuant to the Court's Order dated February 28, 2020, the Government posted the Court's Order providing an opportunity to victims to object to the public filing of victim letters without names redacted on its Victim/Witness Services website and successfully requested that the Madoff Victim Fund and the Trustee also post the notice. To date, the Government has received only a few messages from victims seeking anonymity and is concerned that victims may not have received notice in time to submit any objections by the March 6, 2020 deadline. In order to ensure that victims who submitted letters receive the Court's February 28, 2010 Order, the Government proposes emailing the Court's Order to email addresses that submitted victim letters to the Government. The Government would seek to send the email promptly upon the Court's approval, and proposes that victims have until March 16, 2020, or a date set by the Court, to respond. The Government would include any updated response deadline in the cover email to victims.

Respectfully submitted,

AUDREY STRAUSS
Attorney for the United States, Acting Under
Authority Conferred by 28 U.S.C. § 515

By: /s/
Drew Skinner
Assistant United States Attorney
Southern District of New York
(212) 637-1587

*Approved.*
*So ORDERED.*
*[signature]*
*USCJ*
*3-9-2020*

cc: Brandon Sample, Esq. (counsel for Madoff)