**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 12, 2020

**BY ECF**
The Honorable Denny Chin
United States Circuit Judge
United States Court of Appeals for the Second Circuit
40 Foley Square
New York, New York 10007

    Re:    *United States v. Bernard L. Madoff*, 09 Cr. 213 (DC)

Dear Judge Chin:

    The Government writes in response to the request by Bernard L. Madoff, the defendant in the above-captioned case, for a hearing in connection with his motion for a sentence reduction pursuant to 18 U.S.C. § 3582. The Government takes no position on the defendant's request but notes that any claims of acceptance of responsibility by Madoff at this point would be self-serving and of limited, if any, evidentiary value.

    Respectfully submitted,

    AUDREY STRAUSS
    Attorney for the United States, Acting Under
    Authority Conferred by 28 U.S.C. § 515

By:    /s/
    Drew Skinner
    Assistant United States Attorney
    Southern District of New York
    (212) 637-1587

cc:    Brandon Sample, Esq. (counsel for Madoff)