

U.S. Department of Justice
Federal Bureau of Prisons
*Federal Correctional Complex*
*Federal Medical Center*
*P.O. Box 1600*
*Butner, NC 27509*

April 14, 2021

Honorable Laura Taylor Swain
Chief U.S. District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

RECEIVED
MAY 06 2021
CHAMBERS OF
LAURA TAYLOR SWAIN
U.S.D.J.

RE:   MADOFF, Bernard
      Reg. No.: 61727-054
      Docket No.: 1:09 CR 00213-001 (DC)

Dear Chief Judge Swain:

This letter is to advise you, Mr. Bernard Madoff, who was sentenced in the Southern District of New York on June 29, 2009, by the Honorable Denny Chin, died at approximately 3:29 a.m. on Wednesday, April 14, 2021. The cause of death was determined to be End Stage Renal Disease.

Mr. Madoff was serving a 150-year sentence for Securities Fraud; Investment Adviser Fraud; Mail Fraud; Wire Fraud; International Money Laundering; Money Laundering; Making False Statements; Perjury; False Filing with the Securities and Exchange Commission and Theft From an Employee Benefit Plan.  He had a projected release date of January 31, 2137.

If I can provide any additional information or be of further assistance, please do not hesitate to contact me.

Sincerely,

T. Scarantino
Complex Warden

cc:

Audrey Strauss, U.S. Attorney
U.S. Attorney's Office
86 Chambers Street, 3rd Floor
New York, NY 10007

Michael Fitzpatrick, Chief U.S. Probation Officer
United States Probation Office
500 Pearl Street, 6th Floor
New York, NY 10007-1312

J. C. Petrucci
Mid-Atlantic Regional Director
Junction Business Park
Federal Bureau of Prisons
302 Sentinel Drive, Suite 200
Annapolis Junction, MD 20701

U.S. OFFICIAL MAIL
PENALTY FOR
PRIVATE USE $300

UNITED STATES POSTAGE

PITNEY BOWES

$ 000.51⁰

02 1P
0000007827   APR 27 2021
MAILED FROM ZIP CODE 27509

RALEIGH
NC 275
26 APR 21
PM 4 L

**U.S. Department of Justice**
Federal Bureau of Prisons
*Federal Correctional Complex*

*Butner, North Carolina 27509*
☒ Federal Medical Center MLS 2
  P.O. Box 1600
☐ Federal Correctional Institution II
  P.O. Box 1500
☐ Federal Correctional Institution
  P.O. Box 1000
☐ Low Security Correctional Institution
  P.O. Box 999

Official Business

Honorable Laura Taylor Swain
Chief U.S. District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

USDC SDNY
RECEIVED

10007-133099